NOT DESIGNATED FOR PUBLICATION

STATE OF LOUISIANA
COURT OF APPEAL, THIRD CIRCUIT

JAC 03-1194

STATE OF LOUISIANA IN THE INTEREST OF N.M. & D.C.

**********

APPEAL FROM THE
SEVENTH JUDICIAL DISTRICT COURT
PARISH OF CONCORDIA, NO. 03-14J
HONORABLE LEO BOOTHE, DISTRICT JUDGE

**********

BILLY HOWARD EZELL
JUDGE

**********

Court composed of John D. Saunders, Marc T. Amy, and Billy Howard Ezell, Judges.

AFFIRMED.

Robert John Elliott
Dept. of Social Services
P. O. Box 832
Alexandria, LA 71309-0832
(318) 487-5227
Counsel for: Plaintiff/Appellee
State of Louisiana

Philip Allan LeTard
Attorney at Law
P. O. Box 187
Vidalia, LA 71373
(318) 336-8990
Counsel for: Appellee
N. M. (father)

**Ann Sheridan Siddall**
**Attorney at Law**
**P. O. Box 1154**
**Vidalia, LA 71373**
**(318) 336-4267**
**Counsel for: Appellant**
**D. C. (mother)**

**Guy Richard Lain**
**Attorney at Law**
**200 Advocate Row**
**Vidalia, LA 71373**
**(318) 336-1555**
**Counsel for: Appellees**
**N. M.**
**D. C.**

**Clinton Andrew Magoun Esq.**
**Bolen, Parker & Brenner, LTD.**
**P. O. Box 11590**
**Alexandria, LA 70315-1590**
**(318) 445-8236**
**Counsel for: Plaintiff/Appellee**
**State  of Louisiana**